JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CAROLINE CHO, an individual dba
DAN SUNG SA Restaurant, and
ERNEST J. FRANCESCHI, JR., an
individual,

          Plaintiffs,

     v.

CASNAK LLC, an Indiana limited
liability company, CHRISTINA AULT,
an individual, and KENNETH YOO, an
individual,

          Defendants.

Case No. 2:25-cv-06868 JLS (JDEx)

**JUDGMENT**

Plaintiffs Caroline Cho and Ernest J. Franceschi, Jr. (collectively, "Plaintiffs") initiated this action by filing a Petition to Confirm Arbitration Award (Doc. 1) (the "Petition to Confirm").  The Petition to Confirm sought a judgment from this Court based on an arbitration award issued against Defendants Casnak LLC ("Casnak"), Christina Ault ("Ault"), and Kenneth Yoo ("Mr. Yoo") on May 23, 2025 (the "Arbitration Award").

On August 22, 2025, Defendants Ault and Casnak filed a Motion to Vacate the arbitration award (Doc. 18) (the "Casnak Motion").  Shortly thereafter, Defendant Yoo filed a Motion to Vacate or Modify the Arbitration Award and Award of Monetary Sanctions (Doc. 21) (the "Yoo Motion").

On March 24, 2026, this Court granted the Casnak Motion and Yoo Motion, denied Plaintiffs' Petition to Confirm, vacated the Arbitration Award in its entirety, including the award of sanctions, and closed the above-captioned action.

THEREFORE, IT IS HEREBY ADJUDGED that:

1. Judgment is entered in favor of Defendants Casnak, Ault, and Yoo, and against Plaintiffs;

2. As the prevailing parties in this litigation, Defendants Casnak, Ault, and Yoo are entitled to recover costs pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Rule 54-1;

3. In accordance with Federal Rule of Civil Procedure 54(d)(1) and Local Rule 54-2, Notices of Application to the Clerk to Tax Costs and Proposed Bills of Costs shall be filed within **fourteen (14) days** after the entry of judgment in this action.

DATED: April 2, 2026

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2